UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-08217 |
| GEORGE BROWN and DEBORAH BROWN | ) ) ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) ) | Joliet |
| Debtor(s) | ) | |

**Order Lifting Automatic Stay**

     This matter coming before the court for hearing on EDGEWATER COMMUNITY ASSOCIATION'S Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

IT IS ORDERED:

EDGEWATER COMMUNITY ASSOCIATION'S Motion for Relief from Stay as to 1003 Marion Drive, Shorewood Illinois 60404 is granted.

The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 22, 2017

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446